450 A.2d 190

Lake, Appellant v. Lake.

Argued May 26, 1982.  Albert Momjian, for appellant;  Barry M. Miller, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

BECK, J., filed a memorandum dissenting statement.